| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>Accident Fund Insurance Company of America<br><br>v.<br><br>Nathan F. Hardy, et al<br><br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | Effective May 22, 2006<br><br>NOTICE OF COURT CONFERENCE<br><br>23 civ 1980 **(JSR)**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>**DATE FILED:** 3-30-2023 |

To:   The Attorney(s) for Plaintiff(s) and Defendant(s):

     Judge Rakoff has ordered that counsel for all parties attend a telephonic conference, at the time fixed below, to report the status of this litigation and to consider other relevant matters. You are directed to furnish all attorneys in this action with copies of this notice and enclosures, and to furnish Chambers with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any of the parties, you should send a copy of the notice and rules to that party personally, informing the party that any unrepresented party is required to appear at the conference in person.  Counsel are advised to review Judge Rakoff's Individual Rules of Practice, a copy of which is enclosed.

     **DATE AND TIME OF CONFERENCE : APRIL 18, 2023 AT 11:30 a.m. Dial in information 888-363-4735, Access code 1086415.**

     **No application for adjournment will be considered unless made within one week of the date of this notice.  The fact that any party has not answered the complaint does not excuse attendance by that party or warrant any adjournment of the conference.  Finally, upon receipt of this notice, please immediately furnish Chambers with a courtesy copy of your complaint and F.R.C.P. Rule 7.1 Statement, if applicable.**

SO ORDERED.

                                                 /S/  *Jed S. Rakoff*

                                                       JED S. RAKOFF<br>
                                                          U.S.D.J.

DATED:   New York, New York                        March 30, 2023