UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,

          Plaintiff,

     -v-

NATHAN F. HARDY, et al.,

          Defendants.
```

23-cv-1980 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

New York, NY
February __19__, 2026

JED S. RAKOFF, U.S.D.J.